**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **GENBAND US LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:16-cv-582 |
| | § | |
| **METASWITCH NETWORKS LTD,** | § | |
| **ET AL.** | § | |
| | § | |
| | § | |
| Defendants. | § | |

## GENBAND'S SUPPLEMENTAL ANSWER TO DEFENDANTS' COUNTERCLAIMS

Plaintiff GENBAND US LLC ("GENBAND"), by and through its undersigned attorneys, hereby submits this Supplemental Answer to the Third Amended Counterclaims of Metaswitch Networks Ltd. and Metaswitch Networks Corp. (collectively, "Defendants" or "Metaswitch"), filed on December 1, 2014 in Case No. 2:14-cv-33 in the Eastern District of Texas, and the Amended Counterclaims of Metaswitch, filed on April 16, 2015 in Case No. 2:14-cv-744 in the Eastern District of Texas.  This document is a supplement to, and not an amendment of, Genband's answers.  *See* Dkt. No. 112 ('33 Action) & Dkt. No. 81 ('744 Action).

## SUPPLEMENTAL ADDITIONAL DEFENSE
**(Collateral estoppel and res judicata)**

1.   Metaswitch's Counterclaims are barred, in whole or in part, by the doctrines of collateral estoppel and/or res judicata.

Dated:  July 28, 2016

Deron R. Dacus
 Texas State Bar No. 00790553
 E-mail: ddacus@dacusfirm.com
Peter A. Kerr
 Texas State Bar No. 24076478
 Email:  pkerr@dacusfirm.com
Shannon M. Dacus
 Texas State Bar No. 00791004
 Email:  sdacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117

Chris Ponder
 Texas State Bar No. 24065916
 E-Mail: chris.ponder@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7563
Facsimile: (650) 739-7663

Jennifer C. Tempesta
 E-Mail: jennifer.tempesta@bakerbotts.com
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

Nick Schuneman
  Texas State Bar No. 24056283
  Email: nick.schuneman@bakerbotts.com
**BAKER BOTTS L.L.P.**
98 San Jacinto Blvd.
Austin, Texas 78701
Telephone: (512) 322-2500
Facsimile: (214) 322-2501

Respectfully submitted,

 By: */s/ Susan Kennedy*
 Kurt M. Pankratz, Lead Counsel
 Texas State Bar No. 24013291
 E-Mail: kurt.pankratz@bakerbotts.com
 Jeffery D. Baxter
  Texas State Bar No. 24006816
  E-Mail: jeff.baxter@bakerbotts.com
 Douglas M. Kubehl
  Texas State Bar No. 00796909
  E-Mail:  doug.kubehl@bakerbotts.com
 Chad C. Walters
  Texas State Bar No. 24034730
  Email: chad.walters@bakerbotts.com
 Susan Cannon Kennedy
  Texas State Bar No. 24051663
  E-Mail: susan.kennedy@bakerbotts.com
 Roshan S. Mansinghani
  Texas State Bar No. 24057026
  Email:  roshan.mansinghani@bakerbotts.com
 Stanton A. Lewis
  Texas State Bar No. 24083389
  Email:  stan.lewis@bakerbotts.com
 Kathryn Juffa
  Texas State Bar No. 24065529
  E-Mail: katie.juffa@bakerbotts.com
 Timothy J. Calloway
  Texas State Bar No. 24082766
  E-Mail: tim.calloway@bakerbotts.com
 James C. Williams
  Texas State Bar No. 24075284
  E-Mail: james.williams@bakerbotts.com
 Monica Hughes
  Texas State Bar No. 24087768
  E-Mail: monica.hughes@bakerbotts.com
 Benjamin Pendroff
  Texas State Bar No. 24094893
  E-Mail: benjamin.pendroff@bakerbotts.com
 **BAKER BOTTS L.L.P.**
 2001 Ross Avenue
 Dallas, Texas 75201
 Telephone: (214) 953-6500
 Facsimile: (214) 953-6503

 **Attorneys for GENBAND US LLC**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record are being served this 28th day of July, 2016, with a copy of this document via electronic mail.

                                        */s/ Susan Kennedy*
                                        Susan Kennedy